1142626

RECEIVED
MAR 30 2006
US MARSHALS
RHODE ISLAND

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
CESAR GONZALEZ-ROJAS
a/k/a Elmer Aceituno

## WARRANT FOR ARREST

Case Number: 1:06M35M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CESAR GONZALEZ-ROJAS, a/k/a Elmer Aceituno
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

ILLEGAL REENTRY AFTER BEING A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a)

David L. Martin
Name of Issuing Officer

David L Martin
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

3-30-06 Providence RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03/30/2006 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 04/03/2006 | | |