IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND CR 06 64T

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. CR 06 64 |
| | ) | |
| CESAR GONZALEZ-ROJAS | ) | In violation of |
| a/k/a Elmer Aceituno | ) | 8 U.S.C. § 1326(a) |

**INFORMATION**

The United States Attorney charges that:

On or about March 17, 2006, the defendant, CESAR GONZALEZ-ROJAS, a/k/a Elmer Aceituno, an alien, who after having been previously deported from the United States after a felony conviction, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States, in violation of 8 U.S.C. § 1326(a).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney

Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney

Date: 05-11-2006