**CR 06 64**

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ INFORMATION   ☐ INDICTMENT   ☐ COMPLAINT

CASE NO. _____

Matter Sealed: ☐ Juvenile   ☐ Other than Juvenile
☐ Pre-Indictment Plea   ☐ Superseding Indictment/Information   ☐ Defendant Added   ☐ Charges/Counts Added

USA vs.
Defendant: CESAR GONZALEZ-ROJAS

Address: _____

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT DISTRICT OF   RI - Providence   Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☐ U.S. Atty   ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): DULCE DONOVAN

☑ Interpreter Required   Dialect: _____

Birth Date _____

☑ Male   ☐ Female   ☐ Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Bureau of Immigration & Customs Enforcement

Social Security Number ████

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

### DEFENDANT

Issue: ☐ Warrant   ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.
1:06-M-35-M

Defense Counsel (if any): _____
☐ FPD   ☐ CJA   ☐ RET'D
☐ Appointed on Target Letter

Place of offense: Rhode Island   County

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
|  | 8 U.S.C. Section 1326(a) | Illegal Re-entry by a convicted felon | ☒ Felony ☐ Misdemeanor |
|  | Penalties: |  | ☐ Felony ☐ Misdemeanor |
|  | 1-2 yrs Imprisonment; $ 250,000 fine; |  | ☐ Felony ☐ Misdemeanor |
|  | 1 yr supervised release; |  | ☐ Felony ☐ Misdemeanor |
|  | $ 100 special assessment. | Anticipated Trial Days: 3 | ☐ Felony ☐ Misdemeanor |