AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

RECEIVED
MAY 12 2006
U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES OF AMERICA
V.
CESAR GONZALEZ-ROJAS
a/k/a Elmer Aceituno

WAIVER OF INDICTMENT

CASE NUMBER: CR06-64T

I, CESAR GONZALEZ-ROJAS, a/k/a Elmer Aceituno, the above named defendant, who is accused of

ILLEGAL REENTRY HAVING BEEN PREVIOUSLY DEPORTED

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5-17-06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Cesar A Gonzalez Rojas
Defendant

K Mayfield
Counsel for Defendant

Before David L Martin
Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

SCANNED