UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR 06-64T |
| CESAR GONZALEZ-ROJAS | : | |

---

## MOTION TO RESCHEDULE SENTENCING

NOW COMES the defendant, Cesar Gonazlez-Rojas, by and through counsel and hereby moves this Honorable Court to reschedule the change of plea in this matter currently scheduled for July 14, 2006. The reason for this request is that defense will be out of town on that date and therefore, has submitted a petition for excusal for the period of July 14 through and including July 17, 2006 which is presently pending approval of the Court.

WHEREFORE, defense counsel respectfully requests that this matter be rescheduled to a date that is convenient with the Court's calendar. The Government has indicated it has no objection to the granting of this motion.

Respectfully submitted,

KEVIN J. FITZGERALD
Assistant Federal Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

Certification

I hereby certify that on this 26th day of May, 2006 I hand-delivered a true copy of the within motion to Dulce Donovan, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.